DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADOLFO FLORES ABARCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-397 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING HEARING |
| v. ) | |
| ) | |
| ADOLFO FLORES ABARCA, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter was before the court on September 16, 2008 for a status conference. The government was represented by its counsel, Jason Hitt, Assistant United States Attorney. Defendant, Adolfo Flores Abarca was represented by his counsel, Matthew C. Bockmon, Assistant Federal Defender and James Greiner present.

Good cause appearing therefor,

IT IS ORDERED that a further status conference is set for November 4, 2008, at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 16, 2008 to

1  November 4, 2008, is excluded from the time computations required by
2  the Speedy Trial Act due to ongoing preparation of counsel.
3  Dated:   September 19, 2008

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```